# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-175-RLV-DCK

| | |
|---|---|
| KCA PENLAND HOLDINGS CORP., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GREAT LAKES DIRECTIONAL DRILLING, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case. Defendant was required to retain new counsel, and have new counsel file a Notice of Appearance, by **January 3, 2017**. See (Document No. 19). To date, Defendant has failed to comply with the Court's Order. Id.

**IT IS, THEREFORE, ORDERED** that Defendant shall have a brief extension, up to and including **January 11, 2017,** to have new counsel file a Notice Of Appearance. Defendant is advised that the Court in unlikely to grant any further extensions of this, or any other deadlines in this case. Moreover, Defendant's failure to comply with this Court's Orders will likely result in sanctions, which may include default judgment and/or dismissal of Defendant's remaining counterclaim. See (Document No. 10, p.8).

The Clerk of Court is directed to send a copy of this Order by certified U.S. Mail, return receipt requested, to:

> Great Lakes Directional Drilling, Inc.
> Attn: Doug Mercier
> 3407 Idyllbrook Lane
> Erie, PA 16506-25

**SO ORDERED**.

Signed: January 4, 2017

David C. Keesler
United States Magistrate Judge