IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:14-CV-00175-RLV-DCK

| | |
|---|---|
| KCA PENLAND HOLDINGS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| GREAT LAKES DIRECTIONAL | ) |
| DRILLING, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER IS BEFORE THE COURT** following a Fed. R. Civ. P. 55(b)(2) hearing on Plaintiff KCA Penland Holdings Corporation's ("KCA Penland") Motion for Default Judgment (Docs. 23, 30). At the hearing, the Court granted KCA Penland's Motion for Default Judgment and indicated that it would issue a written order regarding damages and attorney fees. In reviewing KCA Penland's submissions on attorney fees, the Court has identified two discrepancies between the affidavit of Plaintiff's counsel Kevin C. Donaldson and the attorney billing records attached to the affidavit. First, the affidavit indicates that Donaldson charged an hourly rate of $250.00 for his time and an hourly rate of $125.00 for the time of his legal assistant. (Doc. 31-1 at 1). The billing records, however, include multiple charges at hourly rates of $150.00 and $165.00. *See id.* at 3-8. Second, the affidavit indicates that Plaintiff's attorney fees totaled $11,093.50; however, the billing records include attorney fee charges totaling only $10,743.50. **IT IS, THEREFORE, ORDERED** that Plaintiff shall have up to and including May 31, 2017 to submit a supplemental affidavit explaining these discrepancies, as well as any additional billing records that detail Plaintiff's attorney fees for representation at the Fed. R. Civ. P. 55(b)(2) hearing.

1

Signed: May 23, 2017

Richard L. Voorhees
United States District Judge